## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02165-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

STEPHEN LAMONT SHINE,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

On September 30, 2015, Applicant Stephen Lamont Shine submitted to the Court the "Information and Instructions for Filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" that he has signed, and a certified account statement for the most recent six months.   It appears that Applicant intends to file a habeas corpus action pursuant to 28 U.S.C. § 2241.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the filings are deficient as described in this Order.   Applicant will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)     __X__     not submitted
(2)     ____      is missing affidavit
(3)     ____      is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)     ____      is missing certificate showing current balance in prison account
(5)     ____      is missing required financial information
(6)     ____      is missing authorization to calculate and disburse filing fee payments
(7)     ____      is missing an original signature by the prisoner
(8)     ____      is not on proper form
(9)     ____      names in caption do not match names in caption of complaint, petition or habeas application
(10)    ____      other:

**Complaint, Petition or Application**:
(11)    ____      is not submitted
(12)    __X__     is not on proper form
(13)    ____      is missing an original signature by the prisoner
(14)    ____      is missing page nos.
(15)    ____      uses et al. instead of listing all parties in caption
(16)    ____      names in caption do not match names in text
(17)    ____      addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)    ____      other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain the proper forms for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Applicant must use a Court-approved

form when curing the deficiencies.   It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.   It is

**FURTHER ORDERED that the Clerk of the Court is directed to remove pages three through ten from ECF No. 1 and place these pages in a separate entry on the Docket titled, "Certified Account Statement."**

DATED October 1, 2015, at Denver, Colorado.

                                                BY THE COURT:

                                                s/ Gordon P. Gallagher
                                                United States Magistrate Judge