IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02165-GPG

STEPHEN LAMONT SHINE,

    Applicant,

v.

DEBRA DENHAM, Warden,

    Respondent.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a judge pursuant to D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and when applicable to a magistrate judge. *See* D.C.COLO.LCivR 40.1.

DATED December 23, 2015, at Denver, Colorado.

BY THE COURT:

    Gordon P. Gallagher
    United States Magistrate Judge